UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

**NO. 06-CR-20280**

**vs.**

**HON. LAWRENCE P. ZATKOFF**

**D-1  LUIS JIMENEZ,**

     **Defendant.**

_____/

**ORDER STAYING RELEASE OF DEFENDANT LUIS
JIMENEZ PENDING FURTHER ORDER OF THIS COURT**

THIS CAUSE came before the Court on the United States' Motion to Stay the order of release on bond of defendant Luis Jimenez issued by a United States Magistrate Judge in the Southern District of California on June 12, 2006.  The Court having reviewed the Motion and being fully advised in the matter, it is ORDERED and ADJUDGED that the release on bond of defendant Luis Jimenez is stayed pending further order of this Court.  It is hereby ORDERED that defendant Luis Jimenez shall be held in custody so that the Court can review the order to release him pursuant to 18 U.S.C. § 3145.

**DONE AND ORDERED** in Port Huron, Michigan this 15th day of June,  2006.


                                          s/Lawrence P. Zatkoff
                                         LAWRENCE P. ZATKOFF
                                         UNITED STATES DISTRICT JUDGE

cc:    AUSA David Gardey
        Phil DeMassa, Esq.
        U.S. Marshals Service